**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6262**

---

ORVILLE W. DAVIS,

Plaintiff - Appellant,

versus

OLAV H. ALVIG, Doctor; DIRCK BRENLINGER, Doctor; TIEN D. NGUYEN, Doctor

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-95-686-R)

---

Submitted: June 20, 1996          Decided: July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Orville W. Davis, Appellant Pro Se. Anthony John Trenga, John E. Coffey, HAZEL & THOMAS, P.C., Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis v. Alviq</u>, No. CA-95-686-R (W.D. Va. Feb. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>